GROSSMAN BROS. & ROSENBAUM v. ATLAS CONST. CO. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Grossman Bros. & Rosenbaum against the Atlas Construction Company.

With this case has been consolidated in this court cases bearing titles as follows: De Graff & Palmer v. Mayer L. Mayper et al.; Joseph Simon, an Infant, v. Henry L. Preston; Anliss E. Heerman v. Caroline L. C. Payne; Ira Mowery v. Charles F. Pierce et al.; Diedrich Blendermann v. Emma M. Wray; Marcel Prineveau v. Reno R. Billington; John A. Morris v. Wm. H. Woolverton, as President; Abram V. Smith v. Herring-Hall-Marvin Safe Co.; Samuel M. Hodkinson v. Ann Errett et al.; Trust Co. of America. v. Henry Conklin. No opinions. Motions to appeal from Appellate Term denied, with $10 costs. Orders signed. See, also, 115 N. Y. Supp. 204; 62 Misc. Rep. 606, 115 N. Y. Supp. 1081; 119 N. Y. Supp. 164; 65 Misc. Rep. 1, 119 N. Y. Supp. 367; 65 Misc. Rep. 185, 119 N. Y. Supp. 657; 119 N. Y. Supp. 1128.